An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY LEE MONROE,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 68733

**FILED**

NOV 0 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is an appeal from an order dismissing six claims raised in appellant's postconviction petition for a writ of habeas corpus, and appointing counsel to file a supplemental brief to address the remaining claims. Second Judicial District Court, Washoe County; Lynne K. Simons, Judge.

We previously entered an order directing appellant to show cause why this appeal should not be dismissed for lack of jurisdiction, and we suspended the briefing schedule in this appeal. Specifically, it appeared that the appeal was premature as claims remained pending below. Appellant has filed a response to the order to show cause and argues that judicial efficiency is best served in this case by reviewing the instant appeal from the dismissed claims, and then considering an appeal on the remaining claims should appellant not prevail on them in the proceedings below. We decline appellant's invitation to alter our jurisprudence on finality. *Cf. State v. Lewis*, 124 Nev. 132, 178 P.3d 146 (2008) ("that a judgment be final allows this court to 'review the matter with the benefit of a complete record' and serves important policy concerns, including 'promoting judicial economy by avoiding the specter of piecemeal appellate review'") (internal citations omitted). The district

SUPREME COURT
OF
NEVADA

(O) 1947A

15-33378

court expressly ordered additional briefing on the remaining claims and the order is not final and appealable. NRAP 4. Appellant may appeal from a final judgment resolving all his postconviction claims. Accordingly, we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:     Hon. Lynne K. Simons, District Judge
        Law Offices of Lyn E. Beggs, PLLC
        Attorney General/Carson City
        Washoe County District Attorney
        Washoe District Court Clerk